Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | ENRIQUE VILLAFRANCO JR |
| Debtor 2 (Spouse, if filing) | VERONICA R VILLAFRANCO |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 15-29524 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of CVF III Mortgage Loan Trust II

**Last 4 digits** of any number you use to identify the debtor's account: 7700

**Court claim no:** (if known) 18

**Property address:**
1931 BRUNING DR
Number   Street

WILMINGTON,   IL   60481
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 6 / 8 / 2018
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/_____
MM / DD / YYYY

| Debtor 1 | ENRIQUE VILLAFRANCO JR | Case number (*if known*) 15-29524 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ Anita Robertson
Signature

Date 6/5/18

Print: Anita   Robertson
First Name  Middle Name  Last Name

Title: Bankruptcy Case Manager

Company: Shellpoint Mortgage Servicing

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO Box 10826
Number  Street

Greenville, SC 29603-0826
City  State  ZIP Code

Contact phone (800) 365 – 7107

Email: mtgbk@shellpointmtg.com

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO Box 10826<br><br>Greenville, SC  29603-0826 | Phone Number:   (800) 365-7107<br>Fax:                     (866) 467-1137<br>Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1   Enrique Villafranco
     Debtor 2   Veronica Villafranco

Case No:   1529524

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 6/5/2018.

Northern District of Illinois, Chicago Division
219 South Dearborn Street
Chicago, IL  60604


Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL  60532-4350


Briana Czajka
55 E. Monroe St., #3400
Chicago, IL  60603


Enrique Villafranco
Veronica Villafranco
1931 Bruning Dr
Wilmington IL  60481


/s/ Anita Robertson